IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

**JAMES HRABUSICKY, on behalf of himself and all other persons similarly situated, known and unknown,**

              Plaintiff,

    v.

**GILSTER-MARY LEE CORPORATION,**

              Defendant.

No. 13-cv-144-DRH-PMF

## ORDER APPROVING SETTLEMENT

**HERNDON, Chief Judge:**

After having reviewed the parties' Joint Motion for Approval of Settlement (Doc. 39), the Court hereby **ORDERS** that:

1. The Settlement Agreement is **APPROVED** as a fair, equitable, and reasonable resolution of a *bona fide* dispute in this contested litigation, and is incorporated herein by this reference and made a part hereof as though set forth in full.

**IT IS SO ORDERED.**

Signed this 12th day of May, 2014.

Digitally signed by David R. Herndon
Date: 2014.05.12 13:02:40 -05'00'

Chief Judge
U.S. District Court