IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES HRABUSICKY, on behalf of himself
and all others similarly situated, known and
unknown,

Plaintiff,

v.  No. 13-0144-DRH

GLISTER-MARY LEE CORPORATION,

Defendant.

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is the parties' stipulation to dismiss (Doc. 41). Specifically, the parties stipulate to the dismissal of plaintiffs' complaint and all causes of action asserted therein with prejudice. Based on the stipulation, the Court **DISMISSES with prejudice** this cause of action and **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

IT IS SO ORDERED.

Signed this 16th day of June, 2014.

Digitally signed by
David R. Herndon
Date: 2014.06.16
19:14:53 -05'00'

Chief Judge
United States District Court