UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**JAMES HRABUSICKY**
*on behalf of himself and all other persons similarly situated, known and unknown*,

    Plaintiff,

v.

**GILSTER-MARY LEE CORPORATION,**

    Defendant.                      No. 13-cv-144-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Stipulation to Dismiss executed by the plaintiff and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered on June 17, 2014 (Doc. 43), this case is **DISMISSED** with prejudice.

                          JUSTINE FLANAGAN,
                          ACTING CLERK OF COURT

                          BY:    */s/Caitlin Fischer*
                                 **Deputy Clerk**

Dated:   June 17, 2014

Digitally signed by David R. Herndon
Date: 2014.06.17 12:46:24 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT